**LEWIS BRISBOIS BISGAARD & SMITH LLP**
NORA M. NACHTSHEIM, SB# 221618
2020 West El Camino Avenue, Suite 700
Sacramento, California 95833
Telephone: 916.564.5400
Facsimile: 916.564.5444

Attorneys for Defendant ARJO, INC,. fka
Arjohuntleigh, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| JODI ASMUS, et al., | CASE NO. 2:18-cv-00488-MCE-DB |
| Plaintiffs, | **STIPULATION AND ORDER RE: DISMISSAL OF ACTION WITH PREJUDICE** |
| vs. | |
| ARJOHUNTLEIGH, INC., | [Assigned to Hon. Morrison C. England, Jr.] |
| Defendants. | Trial Date:   None Set |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to this action, by their respective attorneys, its form and content being hereby approved, that the above-captioned action is dismissed, with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii).

The parties have entered into a Settlement Agreement, and have agreed to bear their own attorneys' fees and costs. The parties to this action request this Court to retain jurisdiction to enforce the terms of the Settlement Agreement.

/ / /

/ / /

/ / /

/ / /

4818-7913-9186.1

STIPULATION AND ORDER RE: DISMISSAL OF ACTION WITH PREJUDICE

DATED: September, 7, 2018      ARNOLD LAW FIRM


By:     /s/ Joshua H. Watson
Joshua H. Watson
Attorneys for Plaintiffs JODI ASMUS, et al.


DATED: September 10, 2018      LEWIS BRISBOIS BISGAARD & SMITH LLP


By:     /s/ Nora M. Nachtsheim
Nora M. Nachtsheim
Attorneys for Defendant ARJO, INC. fka Arjohuntleigh, Inc.

## **ORDER**

Based upon the foregoing Stipulation, and GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED as follows:

1. The above-captioned action is hereby dismissed, with prejudice.
2. The Court shall retain jurisdiction to enforce the terms of the Settlement Agreement entered into between the parties.

IT IS SO ORDERED.

Dated: October 10, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

# FEDERAL COURT PROOF OF SERVICE

Asmus, et al v Arjohuntleigh, Inc. - Case No. 2:18-cv-00488-MCE-DB

STATE OF CALIFORNIA, COUNTY OF SACRAMENTO

At the time of service, I was over 18 years of age and not a party to the action. My business address is 2020 West El Camino Avenue, Suite 700, Sacramento, CA 95833. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On September 11, 2018, I served the following document(s): STIPULATION AND ORDER RE: DISMISSAL OF ACTION WITH PREJUDICE

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

The documents were served by the following means:

Joshua H. Watson
The Arnold Law Firm
865 Howe Avenue
Sacramento, CA 95825
Email: Joshua@justice4you.com, connie@justice4you.com, joshuawatson@gmail.com

☐ (BY U.S. MAIL) I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and I deposited the sealed envelope or package with the U.S. Postal Service, with the postage fully prepaid.

☒ (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on September 11, 2018, at Sacramento, California.

/s/ Starna Erickson
Starna Erickson



4818-7913-9186.1

STIPULATION AND ORDER RE: DISMISSAL OF ACTION WITH PREJUDICE